

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton A. Ewing <br><br> **Plaintiff,** <br><br> V. <br><br> Cast Capital Lending Corp. <br><br> **Defendant.** | Civil Action No. __23cv02299-JLS-JLB__ <br><br><br> **CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

In light of the foregoing, Plaintiff's Motion is GRANTED IN PART AND DENIED IN PART. Specifically, the Court GRANTS the Motion IN PART as to Plaintiff's claims for violations of §§227(b)(1) and 227(c)(5) of the TCPA and §§632.7 and 637.2 of CIPA. Plaintiff's Motion is otherwise DENIED. Accordingly, the Court ORDERS judgment in favor of Plaintiff and against Defendant Cast Capital Lending Corp. in the amount of $17,000.00.

Date: __7/15/24__

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ A. Santiago

A. Santiago, Deputy